## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA,**

        **Plaintiff,**           **Civil Action No. 5:06-CV-140 (FJS/GHL)**

**-vs-**

**ONE 2003 CHEVROLET CORVETTE**
**VIN: 1G1YY32GXX35117141;**

**ONE 2001 PONTIAC FIREBIRD (FIREHAWK) TRANS AM**
**VIN:  2G2FV32G7126609;**

**ONE 2003 GMC SONOMA**
**VIN: 1GTDT13XX3K148639;**

**ONE TWO (2) CARAT ROUND BRILLIANT DIAMOND;**
**ONE 14 CARAT DIAMOND BAND WITH ONE 2.10 CARAT DIAMOND**
**AND SIX BAGUETTES;**

**$2,500 IN UNITED STATES CURRENCY,**

        **Defendants.**

---

### ORDER

      **THIS COURT**, having before it the Stipulated Agreement of the parties to the above-referenced action, and the parties having agreed to its terms as indicated by their signatures hereto, it is hereby

      **ORDERED,**  that within thirty days from the filing date of this Stipulated Settlement Agreement and Order of Forfeiture, and the Order Barring All Further Claims, the United States shall direct that the two-carat round brilliant diamond be returned to claimant Sheila Lazare, and it is further

**ORDERED**, that in exchange for the return of the defendant two-carat round brilliant diamond to Shelia Lazare Rea, Sheila Lazare Rea shall agree as follows:

1.       to release and forever discharge and hold harmless the United States Department of Justice, United States Postal Service and the Federal Bureau of Investigation, United States Marshals Service, its officers, agents, servants and employees, their heirs, successors or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims and/or demands whatsoever in law or equity which Sheila Lazare Rea, her successors and/or assigns ever had, now have, or may have whether known or unknown, in connection with the civil forfeiture proceedings against the above-captioned defendant property; and it is further

**ORDERED,**   that all right, title and interest to the following defendant property be and the same hereby are forfeited to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), incorporating by reference Title 18, United States Code, Sections 1956 (c)(7) and 1961(1):

        A.       one 2003 Chevrolet Corvette
              VIN:  1G1YY32GXX35117141;

        B.       one 2001 Pontiac Firebird (Firehawk) Trans Am
              VIN:  2G2FV32G7126609;

        C.       one 2003 GMC Sonoma
              VIN:  1GTDT13XX3K148639;

        D.       one 14 carat diamond band with one 2.10 carat
              diamond and six baguettes;  and

        E.       $2,500 in United States Currency;

and it is further

**ORDERED**, that the United States Marshals Service is directed to dispose of the property enumerated above as "A" through "E"  forfeited to the United States in accordance with law;  and it is further

**ORDERED,**  that the parties agree that neither the plaintiff nor the claimant shall be liable for an award of costs and/or attorneys fees against the other in this action and both parties hereby waive any right they have, had or may have had to seek costs and/or attorneys fees arising out of this action;  and it is further

**ORDERED**, the terms and conditions hereby represent the whole and complete agreement between the parties, and no other terms, conditions, previous agreements or memoranda will be demanded, excepted, requested or performed by the parties; and it is further

**ORDERED**, that this Court shall retain jurisdiction in the cause for the purpose of enforcing the terms of this agreement;  and it is further

**ORDERED**, that upon notification that all the terms of this Stipulation have been satisfied, the Clerk of the Court shall enter judgment in accordance with the terms of the Stipulation.

**SO ORDERED**:

Dated:  May 15, 2006
Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge