AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

Northern     DISTRICT OF     New York

United States of America

**JUDGMENT IN A CIVIL CASE**

V.

One 2003 Chevrolet Corvette VIN: 1G1YY32GXX35117141, et al.

Case Number:     5:06-cv-140 (FJS/GHL)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

x **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Pursuant to a stipulated agreement ordered on May 15, 2006, directing that the Court retain jurisdiction for the purpose of enforcing such agreement and that upon notification by the United States indicating that those terms have been satisfied that this case shall close and now having been so notified by the United States on February 23, 2007, this case is now closed.

February 26, 2007      Lawrence K. Baerman
Date           Clerk

(By) Deputy Clerk
s/Barbara J. Woodford